UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL M. GONZALEZ, AKA MANUEL MATA GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>DAVID B. LONG, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 12-1297-R (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:　　August 20, 2012．

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd